### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ABBVIE INC., et al.** | § | **PLAINTIFFS** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:24-cv-184-HSO-BWR** |
| | § | |
| | § | |
| **LYNN FITCH** | § | |
| *in her official capacity as the* | § | |
| *Attorney General of the State of* | § | |
| *Mississippi* | § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order granting the Motion [149] of Defendant Lynn Fitch, in her official capacity as the Attorney General of the State of Mississippi, for Summary Judgment entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 3rd day of June, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE